ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number:   137909
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-7423
     Facsimile: (213) 894-7819
     email: keith.staub@usdoj.gov

NOTE CHANGES MADE BY COURT

Attorney for Defendant United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| PAMELA ANDERSON-MYLES, | ) Case No.  CV 09-8305 JEM |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES | ) |
| Defendant. | ) |

**~~(PROPOSED)~~ ORDER TO DISMISS**

    This Court having received and reviewed the parties' stipulation to dismiss, hereby ORDERS as follows:

    Plaintiff's complaint is dismissed, with prejudice, all parties to bear their own costs and fees.

DATED: January 20, 2011

                       */s/John E. McDermott*
                       HON. JOHN E. McDERMOTT
                       U.S. Magistrate Judge